RICHARD H. FAGAN v. HUNTRESS & BROWN LUMBER COMPANY and Others.[1]

July 11, 1900.

Nos. 12,129—(190).

**Tax Judgment—Description.**
> The tax judgment described in the opinion *held* void on its face for uncertainty in the description of the land and in the statement of the amount of the judgment.

Appeal by plaintiff from an order of the district court for Lake county, Cant, J., denying a motion for a new trial. Affirmed.

*H. H. Hoyt*, for appellant.

*M. H. Stanford, Jaques & Hudson* and *McCordic & Crosby*, for respondents.

START, C. J.

Action to determine adverse claims to vacant and unoccupied land. The trial court found that the plaintiff had no title to the land, and he appealed from an order denying his motion for a new trial.

The plaintiff claimed title to the land by virtue of a tax sale made pursuant to a tax judgment against it for the taxes of 1893. The material part of such judgment, as shown by the record in this case, is in these words:

[1] Reported in 83 N. W. 382.

| Names of Owners | DESCRIPTION OF TRACT | | | | | Years for which taxes are delinquent | Amount of Tax | Penalty before Judgment | Clerk's fees and Advertising | Amt. of Judgment | Satisfied by Sale |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Subdivision of Section, Lot or Block | | | | | | | | | | |
| | | Sec. or Lot | Tnp. or Blk. | R | | | | | | | |
| Huntress & Brown Lbr. Co. | ½ S W | N W | 28 | 63 | 11 | 1893 | 163 | 25 | 30 | 218 | Satisfied by Sale |
| Huntress & Brown Lbr. Co. | ½ N E | S W | 29 | 63 | 11 | 1893 | 163 | 25 | 30 | 218 | Satisfied by Sale |
| Huntress & Brown Lbr. Co. | ¼ N W | S W | 29 | 63 | 11 | 1893 | 82 | 12 | 30 | 124 | Satisfied by Sale |

This judgment is void on its face for two reasons. The attempted description of the land is fatally defective. It describes no land. Keith v. Hayden, 26 Minn. 212, 2 N. W. 495; Kern v. Clarke, 59 Minn. 70, 60 N. W. 809. Again, the attempted designation of the amount of the tax, penalty, and judgment is void for uncertainty. There is nothing on the face of the judgment to indicate what the figures used for that purpose mean. Tidd v. Rines, 26 Minn. 201, 2 N. W. 497.

Order affirmed.